DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ERNIE RITTER,                              )<br>                                                        )<br>          **Plaintiff,**                      )<br>                                                        )<br>          v.                                           )<br>                                                        )<br>UNITED STATES POSTAL SERVICE and )<br>AMERICAN POSTAL WORKERS UNION,  )<br>                                                        )<br>          **Defendants.**                  )<br>_____) | Civil Action No. 2016-0040 |

**Attorneys:**
**Yohana M. Manning, Esq.**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Angela Tyson-Floyd, Esq.**
St. Croix, U.S.V.I.
    *For Defendant United States Postal Service*

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") submitted by Magistrate Judge Emile A. Henderson III. (Dkt. No. 71). For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Henderson's Report and Recommendation (Dkt. No. 71) is **ADOPTED AS MODIFIED**; and it is further

**ORDERED** that Defendant United States Postal Service's "Motion to Dismiss" (Dkt. No. 41) is **GRANTED**; and it is further

**ORDERED** that Count II of Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Count I and Count III of Plaintiff's Amended Complaint are

**DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall have up to and including October 30, 2023 within which to amend his Amended Complaint to address the deficiencies discussed in the accompanying Memorandum Opinion, filed contemporaneously herewith.

**SO ORDERED**.

Date:   September 30, 2023                                 _____/s/_____
                                                            WILMA A. LEWIS
                                                            District Judge